# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | | |
|---|---|---|
| **BOBBY WILLIAMS** | * | **CIVIL ACTION NO.  15-0448** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **CITY OF MONROE** | * | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections and responses thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, and DECREED that the Motion to Dismiss [Doc. No. 5] filed by Defendant City of Monroe is GRANTED, and Plaintiff's lawsuit is hereby DISMISSED WITH PREJUDICE, in its entirety.

MONROE, LOUISIANA, this 17th day of December, 2015.

**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**